UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOSEPH JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:21-CV-67-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $6,028.05 ($6,000.00 in attorney's fees plus $28.05 in expenses), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $402.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte of Martin, Jones and Piemonte, and mailed to his office at 4601 Charlotte Park Drive, Ste. 390, Charlotte, NC 28217, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on March 17, 2022, and Copies To:**

| | |
|---|---|
| George C. Piemonte | (via CM/ECF electronic notification) |
| Lisa M. Rayo | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:
March 17, 2022

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
    Deputy Clerk